**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6253**

CHARLES A. WILLIAMS,

    Plaintiff - Appellant,

  v.

LINETTE JORDAN,

    Defendant - Appellee,

  and

SGT. SCHULTIZ; C/O JORDAN; C/O SPELLER; SGT. RIDDLEY; VICTOR SHULTIS; RICHARD SPELLER,

    Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (5:14-ct-03091-BO)

Submitted: September 23, 2020      Decided: October 6, 2020

Before GREGORY, Chief Judge, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles A. Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles A. Williams appeals the district court's order granting a default judgment in his favor with respect to one of the named defendants in his 42 U.S.C. § 1983 action, and awarding Williams $10,000 in compensatory damages but denying his request for punitive damages. We have reviewed the record, including the transcript of the hearing on damages as against Defendant Jordan, and we find no abuse of discretion. Accordingly, we affirm. *Williams v. Jordan*, No. 5:14-ct-03091-BO (E.D.N.C. Dec. 18, 2019). We deny Williams' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*